UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

SALUD ALBERTO MARTINEZ
RODRIGUEZ,

    Petitioner,

v.

WARDEN, BLUEBONNET
DETENTION FACILITY, et al.,

    Respondents.

No. 1:26-CV-044-H

## JUDGMENT

For the reasons stated in the Court's Order (Dkt. No. 4), it is ordered, adjudged, and decreed that the petition for a writ of habeas corpus (Dkt. No. 1) is denied with prejudice. The petitioner's motion for a TRO (Dkt. No. 3) is denied as moot.

The Clerk of the Court is directed to close the case.

So ordered on February 3, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE